# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CARL VESTER HUBBARD**　　　　　　　　　　　　　　**PLAINTIFF**
**#123984**

v.　　　　　　　No. 3:22-cv-187-DPM

**JUSTIN G. FAULKNER, Sergeant,
Osceola Police Department; RONNIE
WILLIAM, Head Detective, Osceola
Police Department; and CATHERINE
DEAN, Municipal Court District Judge**　　**DEFENDANTS**

## JUDGMENT

Hubbard's complaint is dismissed without prejudice.

*/s/ DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

30 August 2022